(76 South. 999)

Ex parte WHITEHEAD et al. (7 Div. 903.) (Supreme Court of Alabama. June 21, 1917.) Certiorari to Court of Appeals. David S. Anderson, of Birmingham, for appellants. Hugh Reed, of Center, and Goodhue & Brindley, of Gadsden, for appellee.

McCLELLAN, J. Application of F. E. and L. A. Whitehead for certiorari to the Court of Appeals to review and revise the judgment of that court in the case of F. E. and L. A. Whitehead v. J. W. Coker, 76 South. 484. Writ denied.

(76 South. 999)

WISE v. STATE. (6 Div. 478.) (Supreme Court of Alabama. Nov. 27, 1917.) Appeal from Criminal Court, Jefferson County; H. P. Heflin, Judge. W. L. Martin, Atty. Gen., for appellee.

PER CURIAM. Appeal dismissed on motion of Attorney General.